IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00305-MSK-MJW

GRAND JUNCTION GASTROENTEROLOGY, P.L.L.C., and
GRAND JUNCTION ENDOSCOPY CENTER, P.L.L.C.,

      Plaintiffs,

v.

GREGORY A SZYCH,

      Defendant.

## ORDER REASSIGNING CASE TO MAGISTRATE JUDGE GUDRUN J. RICE

      This case was originally assigned to Magistrate Judge Michael J. Watanabe. Because the controversy has a significant connection with the western slope,

      **IT IS ORDERED** that the case is reassigned to Magistrate Judge Gudrun J. Rice for pre-trial administration.

      Dated this 24th day of February, 2006

                              **BY THE COURT:**

                              *Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge