IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun Rice

Civil Action No. 06-cv-00305-MSK-GJR

GRAND JUNCTION GASTROENTEROLOGY, P.L.L.C. and
GRAND JUNCTION ENDOSCOPY CENTER, P.L.L.C.,

    Plaintiffs,

v.

GREGORY A. SZYCH,

    Defendant.

---

## ORDER RE: PLAINTIFFS' NOTIFICATION TO THE COURT

---

The Plaintiffs' "Notification to the Court that Defendant Misstated Plaintiffs' "Non-Objection" under D.C.Colo.LR 7.1" deemed a **Motion to Clarify** is granted. The Plaintiffs are granted until June 29, 2006 to respond to Defendant's Motion to Amend/Correct/Modify Answer to Complaint. The Defendant is granted until July 10, 2006 to reply.

Dated this 13th day of June, 2006.

                BY THE COURT:

                s/Gudrun Rice

                Gudrun Rice
                United States Magistrate Judge