IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun Rice

Civil Action No. 06-cv-00305-MSK-GJR

GRAND JUNCTION GASTROENTEROLOGY, P.L.L.C. and
GRAND JUNCTION ENDOSCOPY CENTER, P.L.L.C.,

    Plaintiffs,

v.

GREGORY A. SZYCH,

    Defendant.

## ORDER

The Plaintiffs have withdrawn their objection to the Defendant's Motion to File Amended Answer, Counterclaim and Jury demand and, further, have advised the Court that they do not oppose the relief requested.

Accordingly, the Court, being fully advised in the premises, the Defendant's Motion to Amend Answer, Counterclaim and Jury Demand is granted.

Defendant's Amended Answer, Counterclaim and Jury demand is deemed to have been filed as of the date of this Order.

Dated this 5th day of July, 2006.

                BY THE COURT:

                s/Gudrun Rice

                Gudrun Rice

United States Magistrate Judge