## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No: 06-CV-00305-MSK-GJR**

GRAND JUNCTION GASTROENTEROLOGY, PLLC;
GRAND JUNCTION ENDOSCOPY CENTER, PLLC,
Plaintiffs,

vs.

GREGORY A. SZYCH,
Defendant.

_____

## ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER

THIS MATTER, having come before this Court on the parties' Joint Motion for Protective Order, and

THE COURT, being fully advised, hereby orders that the Joint Motion for Protective Order is GRANTED. Accordingly, the Court approves and enters the Stipulated Protective Order submitted with and attached to the Joint Motion for Protective Order.

DATED this 5th day of October, 2006.

BY THE COURT:

s/Gudrun Rice

_____

Gudrun Rice
U.S. Magistrate Judge