IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No: 06-cv-00305-MSK-GJR**

GRAND JUNCTION GASTROENTEROLOGY, PLLC;
GRAND JUNCTION ENDOSCOPY CENTER, PLLC,
Plaintiffs,

vs.

GREGORY A. SZYCH,
Defendant.

_____

**ORDER GRANTING
JOINT MOTION TO AMEND THE SCHEDULING ORDER**

THIS MATTER, having come before this Court on the Joint Motion to Amend Scheduling Order, and

THE COURT, being fully advised and for good cause shown, hereby orders that the Motion is GRANTED. The Scheduling Order is amended as follows: (i) the Discovery Deadline is moved to February 16, 2007; and (ii) the Deadline for filing Dispositive Motions is moved to February 28, 2007.

DATED this 14th day of December, 2006.

BY THE COURT:

s/Gudrun Rice

_____
Gudrun Rice
U.S. Magistrate Judge