IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 06-cv-00305-MSK-GJR

GRAND JUNCTION GASTROENTEROLOGY, PLLC;
GRAND JUNCTION ENDOSCOPY CENTER, PLLC,

    Plaintiffs,

vs.

GREGORY A. SZYCH,

    Defendant.

---

ORDER DENYING DEFENDANT'S MOTION FOR PROTECTIVE ORDER

---

This matter, having come before the Court on Defendant's Motion for Protective Order, and being fully advised in the premises,

It is hereby Ordered that Defendant's Motion for Protective Order is DENIED.

As Defendant states in his Motion for Protective Order: "In order to obtain a protective order under Fed.R.Civ.P.26(c) to prohibit a deposition, the proponent has the burden of establishing that the "likelihood and severity of the harm or injury caused by the deposition outweighs any need for the information." UIA Tech.,Inc. v. Valutech, Inc., 122 F.R.D. 188, 191 (M.D.N.C.1998)

The Court in Valutech determined that a defendant must satisfy certain specific factors in order to obtain a protective order. (Valutech at pp. 191 and 192) As in the Valutech case, this Court also finds that the Defendant's showing "comes up short".

Defendant Szych has not established that the depositions could not produce any relevant information. The alternative methods suggested by the Defendant for discovery deny the plaintiff the right to probe for the truth through deposition discovery. The Defendant has not verified that the likely harm to him outweighs the Plaintiffs' need for the information. In the words of the then Magistrate in Valutech: "Defendant's contentions of harm remain conclusory, void of specific details, and are not backed by evidentiary proof. Defendant fails to establish with particularity, a sufficient likelihood of harm ... should the depositions proceed and a corresponding lack of need for, or relevance of, the depositions. (The) offer of alternative sources for the information does not sufficiently compensate for the inadequacy so as to alter the balance." (Valutech at 192)

Accordingly, the Defendant's Motion for Protective Order is denied.

DATED this 14th day of December, 2006.

BY THE COURT:

s/Gudrun Rice

Gudrun Rice
U.S. Magistrate Judge