IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00305-MSK-GJR

GRAND JUNCTION GASTROENTEROLOGY, P.L.L.C., and
GRAND JUNCTION ENDOSCOPY CENTER, P.L.L.C.,

      Plaintiffs,

v.

GREGORY A SZYCH,

      Defendant.

_____

**ORDER OF CLARIFICATION REGARDING DEADLINE TO SUBMIT RULE 702 MOTIONS**
_____

      THIS MATTER comes before the Court on Defendant's Unopposed Motion for Clarification Regarding Deadline to Submit Rule 702 Motions **(#77)**. The Court being fully advised in the foregoing,

      **ORDERS** that Defendant's Unopposed Motion for Clarification Regarding Deadline to Submit Rule 702 Motions **(#77) is GRANTED.** The Court clarifies that the deadline in which to file Rule 702 motions is **February 28, 2007.**

      Dated this 19th day of December, 2006

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge