IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00305-MSK-GJR

GRAND JUNCTION GASTROENTEROLOGY, P.L.L.C., and
GRAND JUNCTION ENDOSCOPY CENTER, P.L.L.C.,

      Plaintiffs,

v.

GREGORY A SZYCH,

      Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the "Stipulated Motion to Dismiss All Claims and Counterclaims With Prejudice" **(#80)** filed March 6, 2007. The Court having reviewed the foregoing:

**ORDERS** that all claims and counterclaims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. *The Clerk shall close this case.*

Dated this 6th day of March, 2007

                                                  **BY THE COURT:**

                                                  Marcia S. Krieger
                                                  United States District Judge